Jeffrey S. Pope (Wyo. Bar No.7-4859)
HOLLAND & HART LLP
2515 Warren Ave., Suite 450
P.O. Box 1347
Cheyenne, Wyoming 82003-1347
Telephone: (307) 778-4200
jspope@hollandhart.com

Sean M. Hanlon (*pro hac vice*)
Shaun C. Kennedy (*pro hac vice*)
Thomas A. Morales (*pro hac vice*)
Holland & Hart LLP
555 17th Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: (303) 295-8000
smhanlon@hollandhart.com
sckennedy@hollandhart.com
tamorales@hollandhart.com

ATTORNEYS FOR PLAINTIFF
FIRSTMARK CONSTRUCTION, LLC AND THIRD-PARTY DEFENDANT FIDELITY AND DEPOSIT COMPANY OF MARYLAND

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF WYOMING

| | |
|---|---|
| FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNTAIN CONSTRUCTION COMPANY, a Wyoming Corporation, and EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa Corporation,<br><br>    Defendants.<br><br>MOUNTAIN CONSTRUCTION COMPANY, a Wyoming Corporation,<br><br>    Counter-Claimant and Third-Party Plaintiff,<br><br>v.<br><br>FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois Corporation,<br><br>    Counter-Defendant and Third-Party Defendant. | Case Number: 2:20-cv-97-F |

**PARTIES' STIPULATED MOTION FOR ALTERNATIVE DISPUTE RESOLUTION BY JUDICIAL OFFICER [CHIEF MAGISTRATE JUDGE RANKIN]**

Plaintiff FirstMark Construction, LLC ("Plaintiff") and Third-Party Defendant Fidelity and Deposit Company of Maryland ("Third-Party Defendant") and Defendants Mountain Construction Company ("MCC") and Employers Mutual Casualty ("EMC"), and Counter-Claimant and Third Party Plaintiff MCC, through their attorneys, and pursuant to L.R. 16.3(a)(1):

1. Seek to expeditiously resolving their dispute prior to trial.

2. Agree and move the Court for referral to alternative dispute resolution ("ADR") before a Judicial Officer.

3. Request the Clerk of Court to forward a copy of the Stipulated Motion and Agreement for Referral to presiding Judge Freudenthal and the requested Judicial Officer, Chief Magistrate Judge Kelly H. Rankin, to serve as the neutral.

4. The parties are currently available to schedule the ADR for a day during the week of March 8, 2021 or March 15, 2021.

WHEREFORE, the Parties respectfully request referral to ADR before Chief Magistrate Judge Rankin.

DATED: February 1, 2021

*/s/ Jeffrey S. Pope*  
Counsel for Plaintiff(s)

02/01/2021  
Date

*/s/ S. Joseph Darrah*  
Counsel for Defendant(s)

02/01/2021  
Date

16095723_v1