| | |
|---|---|
| Jeffrey S. Pope (Wyo. State Bar # 7-4859) | Sean M. Hanlon (admitted *pro hac vice*) |
| HOLLAND & HART LLP | Shaun C. Kennedy (admitted *pro hac vice*) |
| 2515 Warren Ave., Suite 450 | Thomas A. Morales (admitted *pro hac vice*) |
| P.O. Box 1347 | Holland & Hart LLP |
| Cheyenne, Wyoming 82003-1347 | 555 17th Street, Suite 3200 |
| Telephone: (307) 778-4200 | P.O. Box 8749 |
| jspope@hollandhart.com | Denver, CO 80201-8749 |
| | Telephone: (303) 295-8000 |
| | smhanlon@hollandhart.com |
| ATTORNEYS FOR PLAINTIFF | sckennedy@hollandhart.com |
| FIRSTMARK CONSTRUCTION, LLC AND THIRD-PARTY DEFENDANT FIDELITY AND DEPOSIT COMPANY OF MARYLAND | tamorales@hollandhart.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF WYOMING**

| | |
|---|---|
| FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MOUNTAIN CONSTRUCTION COMPANY, a Wyoming Corporation, and EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa Corporation, | ) ) ) ) ) |
| Defendants. | ) ) |
| MOUNTAIN CONSTRUCTION COMPANY, a Wyoming Corporation, | ) ) ) |
| Counter-Claimant and Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois Corporation, | ) ) ) ) ) |
| Counter-Defendant and Third-Party Defendant. | ) ) ) |

Case Number: 2:20-cv-97-F

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL HOLLAND & HART**

Plaintiff FirstMark Construction, LLC ("Plaintiff") and Third-Party Defendant Fidelity and Deposit Company of Maryland ("Third-Party Defendant"), by and through undersigned counsel, hereby moves the court for an order permitting the withdrawal of Jeffrey S. Pope, Sean M. Hanlon, Shaun C. Kennedy, and Thomas A. Morales of Holland & Hart, LLP as counsel for the Plaintiff in the above-captioned matter. In support of their motion, Plaintiff and Third-Party Defendant state as follows.

1. Holland & Hart LLP initially entered an appearance for Plaintiff on June 5, 2020, with Messrs. Hanlon, Kennedy and Morales being granted admission *pro hac vice* on the same date. Plaintiff and Third-Party Defendant now desires to be represented by Andrew Reitman of Hall & Evans LLC, and requests the court to permit the withdrawal of Holland & Hart, LLP.

2. Mr. Reitman entered an appearance in this matter on behalf of Plaintiff and Third-Party Defendants and shall continue as counsel of record in this matter.

3. The requested withdrawal of Holland & Hart LLP shall cause no prejudice to any party.

4. A proposed order is submitted with this motion.

WHEREFORE, Plaintiff FirstMark Construction, LLC and Third-Party Defendant Fidelity and Deposit Company of Maryland respectfully request an order permitting the withdrawal of Holland & Hart, LLP, as counsel for FirstMark Construction, LLC and Fidelity and Deposit Company of Maryland.

DATED: June 8, 2021

_____
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Fax: 307.778.8175
jspope@hollandhart.com

Sean M. Hanlon (admitted *pro hac vice*)
Shaun C. Kennedy (admitted *pro hac vice*)
Thomas A. Morales (admitted *pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: (303) 295-8000
smhanlon@hollandhart.com
sckennedy@hollandhart.com
tamorales@hollandhart.com

ATTORNEYS FOR FIRSTMARK
CONSTRUCTION, LLC AND THIRD-PARTY
DEFENDANT FIDELITY AND DEPOSIT
COMPANY OF MARYLAND

16763174_v1