**FILED**

10:10 am, 6/10/21

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FIRSTMARK CONSTRUCTION LLC

                        Plaintiff,

vs.                                               Case Number: 20-CV-97-F

MOUTNAIN CONSTRUCTION
COMPANY et al

                        Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only         ☑ This was a Telephonic Hearing

Date: 06/10/2021    Time: 9:40 a.m. - 9:59 a.m.    (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Sandy Potter |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Andrew Reitman

Attorney(s) for Defendant(s)    Joey Darrah, Larry Jones, Colin Simpson

Other:

Dispositive Motions deadline is 7/9/21. The dispositive motions hearing in this matter will be vacated and if Motions are filed, they will be decided on the briefs. Settlement remains a possibility in this case.