

**FILED**

2:16 pm, 6/16/21

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FIRSTMARK CONSTRUCTION LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MOUNTAIN CONSTRUCTION COMPANY, EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>    Defendants.<br><br>MOUNTAIN CONSTRUCTION COMPANY,<br><br>    Third-party Plaintiff,<br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>    Third-party Defendant. | Case No. 20-CV-97-F |

### ORDER GRANTING MOTION TO AMEND SCHEDULE

The parties jointly move to amend the schedule and continue the trial. ECF No. 44. The motion seeks to move the trial from October 2021 to September 2022 because Plaintiff and Third-Party Defendant have recently obtained new counsel; their former counsel exchanged written discovery with Defendants, but it appears no fact depositions were completed (or at least, many remain to be completed); Defendants' recent expert disclosure is voluminous and Plaintiff needs extensive time to review and prepare rebuttal expert

disclosures; and Plaintiff is determining whether to enter bankruptcy, which would likely result in a stay of not only the counterclaims but all claims in this case.

The Court finds the motion shows good cause for a short extension of the schedule including trial, but the Court is not persuaded that a year's delay is necessary. Plaintiff and Third-Party Defendant's change of counsel is not in itself good cause to delay the schedule, and the motion does not explain why Plaintiff and Third-Party Defendant did not make more progress toward complying with the existing schedule. Nor does the motion outline the timeline in which Plaintiff expects to decide its course of action with respect to bankruptcy.

Accordingly, the Court GRANTS the motion IN PART and DENIES IN PART. The schedule is amended as follows.

| Event | Current: | Extended: |
|---|---|---|
| Rebuttal expert disclosures | June 25, 2021 | October 5, 2021 |
| Fact discovery cutoff | July 25, 2021 | November 5, 2021 |
| Status conf. re dispositive motions | | October 6, 2021 at 11:30 a.m. |
| Filing dispositive motions | July 9, 2021 | November 5, 2021 |
| Dispositive motion responses | July 23, 2021 | November 19, 2021 |
| Dispositive motion hearing | None (previously vacated) | December 13, 2021 at 9:00 a.m. |
| Final Pretrial Conference | September 13, 2021 at 1:30 p.m. | January 4, 2022 at 1:30 p.m. |
| Trial (jury, 8 days) | October 12, 2021 at 8:30 a.m. | January 24, 2022 at 8:30 a.m. (second civil stacking) |

The Court must approve any further stipulated extensions of time for filing deadlines. The schedule established in this Order may be modified only for good cause and with the Court's consent. Barring unforeseen circumstances, the Court holds the final pretrial conference and trial dates firm.

IT IS SO ORDERED this 16th day of June, 2021.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE