S. Joseph Darrah, WSB # 6-2786
Darrah Law Office, P.C.
254 East 2nd Street
Powell, WY 82435
(307)754-2254
(307)754-5656
joey@darrahlaw.com
*Attorney for Defendant*
*Mountain Construction Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN CONSTRUCTION COMPANY, a Wyoming Corporation, and EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa Corporation,<br><br>Defendants.<br><br>MOUNTAIN CONSTRUCTION COMPANY, a Wyoming Corporation,<br><br>Counter-Claimant and Third-Party Plaintiff,<br><br>v.<br><br>FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois Corporation,<br><br>Counter-Defendant and Third-Party Defendant. | Case No. 20-CV-97-F |

**MOUNTAIN CONSTRUCTION COMPANY'S AND EMPLOYERS MUTUAL CASUALTY COMPANY'S AMENDED EXPERT DESIGNATION**

Page 1 of 3

COME NOW, Mountain Construction Company ("Mountain") and Employers Mutual Casualty Company ("EMC"), by and through S. Joseph Darrah, and files *Defendants' Amended Expert Designation* as follows:

1. **Stephen P. Sullivan, Construction Dispute Prevention & Resolution Services.** Mr. Sullivan's **amended** report and associated materials are attached hereto.

DATED this 20th day of July, 2021.

/s/ S. Joseph Darrah
S. Joseph Darrah, WSB# 6-2786
Darrah Law Office, P.C.
254 East 2nd Street
Powell, WY 82435
(307)754-2254
(307)754-5656
joey@darrahlaw.com
*Attorney for Defendants*
*Mountain Construction Company and*
*Employers Mutual Casualty Company*

## CERTIFICATE OF SERVICE

I, S. Joseph Darrah, hereby certify that on 20th day of July, 2021, the foregoing was served on all parties involved in this matter as follows:

| | |
|---|---|
| Andrew P. Reitman<br>Hall & Evans, LLC<br>1001 17th Street, Ste. 300<br>Denver, CO 80202<br>reitmana@hallevans.com | [ x ] EM/ECF/Electronic Filing<br>[ ] U.S. Mail<br>[ ] Fax:<br>[ ] E-mail |

/s/ S. Joseph Darrah
Darrah Law Office, P.C.