# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:22 am, 10/4/21

**Margaret Botkins
Clerk of Court**

FIRSTMARK CONSTRUCTION LLC

    Plaintiff,

vs.

MOUNTAIN CONSTRUCTION COMPANY et al

    Defendants.

Case Number: 20-CV-97-F

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 10/1/21     Time: 10:07 a.m. - 10:17 a.m.     (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Sandy Potter |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Andrew Reitman, Michael DiCanio

Attorney(s) for Defendant(s)    Colin Simpson, Joey Darrah

Other:

Dispositive Motions deadline is 11/5/21.  Hearing set for 12/13/21.  Defendant does not anticipate filing any dispositive motions.  Plaintiffs also do not anticipate filing any dispositive motions.  Dipositive Motions Hearing will be vacated.  All claims remain viable in this case at this time.  Counsel represents that settlement in this matter remains a possibility and they hope to try to settle this case again before the end of the year.  FPT remains set for 1/4/21 and trial is set for 1/24/21 (now a 1st stacking) - counsel is advised not to think any continuance of those dates will be granted as there are no openings in her calendar to reschedule this case.