# In The United States District Court
### For The District of Wyoming

| | |
|---|---|
| FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company, individually and in the name of the UNITED STATES OF AMERICA for the use of FIRSTMARK CONSTRUCTION, LLC<br><br>    Plaintiff,<br><br>        vs.<br><br>MOUNTAIN CONSTRUCTION COMPANY, a Wyoming Corporation, and EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa Corporation,<br><br>    Defendants.<br><br>MOUNTAIN CONSTRUCTION COMPANY, A Wyoming Corporation,<br><br>    Counter-Claimant and Third-Party Plaintiff,<br><br>        vs.<br><br>FIRSTMARK CONSTRUCTION, LLC, a Montana Limited Liability Company; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, an Illinois Corporation,<br><br>    Counter-Defendant and Third-Party Defendant | Civil No. 20-CV-97-F |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPUALTED AND AGREED**, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii), that all claims asserted in all parties' pleadings are hereby dismissed with

prejudice, with each party to bear its own attorneys' fees and costs.

DATED THIS 21st day of January 2022.


_/s/ Colin M. Simpson___
Colin M. Simpson, WSB #5-2312
Larry B. Jones, WSB #5-1847
BURG SIMPSON ELDREDGE
HERSH & JARDINE, P.C.
1135 14th Street
Cody, WY 82414
Telephone: (307) 527-7891
Fax: (307) 527-7897
csimpson@burgsimpson.com
ljones@burgsimpson.com


Attorneys for Defendant/Third-Party
Plaintiff Mountain Construction
Company and Defendant Employers
Mutual Casualty Company

__/s/ Andrew P. Reitman_____
Andrew P. Reitman, WSB #7-5946
Michael N. DiCanio (*pro hac vice*)
HALL & EVANS, LLC
1001 17th Street, Ste. 30
Denver, CO 80202
Telephone: (303) 628-3300
Fax: (303) 628-3368
reitmana@hallevans.com
dicaniom@hallevans.com


Attorneys for Plaintiff FirstMark
Construction, LLC and Third-Party Defendant
Fidelity and Deposit Company of Maryland